# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Joseph Taylor*, 7:20cv071 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER TO SHOW CAUSE

Plaintiff Joseph Taylor is an initial bellwether plaintiff in this litigation. Accordingly, pursuant to Case Management Order No. 10, Mr. Taylor was required to provide signed authorizations for the release of certain records by April 27, 2020. *See* ECF No. 1086. Mr. Taylor failed to fulfill this requirement. On May 4, 2020, the Court granted Mr. Taylor until close of business on May 5, 2020 to provide the requisite authorizations and advised that his failure to do so would result in an order to show cause. Again, Mr. Taylor failed to comply with the Court's directive. Additionally, the Court has been advised that Mr. Taylor has failed to respond to his counsel's "extensive efforts" to communicate with him about his case. Mr. Taylor's failure to comply with Court orders and his unresponsiveness to counsel are unacceptable and severely impede the litigation process; therefore, an order to show cause is necessary. Failure to comply with the order to show cause will result in sanctions, up to and including dismissal. *See Equity Lifestyle Prop., Inc. v. Florida*

*Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("[A district] court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order."); *see also In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders).

Accordingly:

1. Plaintiff Joseph Taylor is hereby **ORDERED TO SHOW CAUSE** why his case should not be dismissed with prejudice for failure to prosecute and/or failure to comply with an order of the Court, by **May 13, 2020**. Mr. Taylor's response to this Order must be filed on the docket for his individual case only.

2. Failure to comply with this Order will result in sanctions, up to and including dismissal.

**SO ORDERED**, on this 6th day of May, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 7:20cv071/MCR/GRJ