# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No.  3:19md2885-MCR/GRJ |
| This document relates to the following case only: | District Judge M. Case Rodgers<br>Magistrate Judge Gary Jones |
| *Joseph Taylor v. 3M Company, et al*<br>*7:20cv71-MCR/GRJ* | |

## CLERK'S DISMISSAL

Upon JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE filed herein, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice, with Plaintiff Joseph Taylor to pay Defendants' costs in the amount of $18,598.34.

Jessica J. Lyublanovits,
Clerk of Court

July 28, 2021
DATE

/s/ *Donna Bajzik*
Deputy Clerk: Donna Bajzik

.